## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JAMES VINCENT CRUMLEY, JR.      PLAINTIFF
ADC # 176183

v.     3:24CV00111-BRW-JTK

MALLORY PENDERGRASS     DEFENDANT

### ORDER

Pending is James Vincent Crumley, Jr.'s ("Plaintiff") Complaint. (Doc. No. 2). Defendant Mallory Pendergrass, through counsel, has filed an Answer to Plaintiff's Complaint and supplied her correct name. (Doc. No. 11). The Clerk of the Court is directed to change the style of the case to reflect the Defendant Mallory's correct name.

IT IS SO ORDERED this 3rd day of September, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE