IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES VINCENT CRUMLEY, JR.**                                                           **PLAINTIFF**
ADC # 176183

VS.                                              3:24-CV-00111-BRW-JTK

**MALLORY PENDERGRASS**                                                                 **DEFENDANT**

## ORDER

Pending is James Vincent Crumley, Jr.'s ("Plaintiff") Complaint.[1] Mail sent by the Court to Plaintiff at his address of record was returned as undeliverable with the notation "Return To Sender—Not @ This Facility" on the envelope.[2] On August 14, 2024, United States Magistrate Judge Jerome T. Kearney directed Plaintiff to update his address within 30 days, or by September 13, 2024.[3] Judge Kearney's Order, along with other mail, has been returned as undeliverable, also with the notation "Return To Sender."[4] Plaintiff has not responded to Judge Kearney's August 14, 2024 and the time for doing so has passed.

Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

---

[1] Doc. No. 2.

[2] Doc. No. 5.

[3] Doc. No. 6.

[4] Doc. Nos. 8, 14.

In light of Plaintiff's failure to update his address and his lack of any response to Judge Kearney's August 14, 2024 Order, Plaintiff's Complaint is dismissed without prejudice for failure to prosecute.   FED. R. CIV. P. 41(b); LOC. R. 5.5(c)(2).

IT IS SO ORDERED this 20th day of September, 2024.

                                                 BILLY ROY WILSON
                                           UNITED STATES DISTRICT JUDGE