# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES VINCENT CRUMLEY, JR.**                                                          **PLAINTIFF**
**ADC # 176183**

**VS.**                                              **3:24-CV-00111-BRW**

**MALLORY PENDERGRASS**                                                                **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 20th day of September, 2024.

                                            BILLY ROY WILSON
                                      UNITED STATES DISTRICT JUDGE